UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                   :
                                           :
                                           :     **SCHEDULING ORDER**
v.                                         :
                                           :
EDWARD MEZGER,                             :     7:25-cr-298 (PMH)
                                           :
            Defendant.                     :
-----------------------------------------------------------x

An Initial Conference is scheduled for July 17, 2025 at 10:30 a.m. in a courtroom to be determined at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       July 8, 2025

_____
Philip M. Halpern
United States District Judge