

> Application granted. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 42).
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 18, 2025

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Charles L. Brieant U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Edward Mezger*, 25 Cr. 298 (PMH)

Dear Judge Halpern:

      The Government writes to submit a proposed protective order in the above-referenced matter. Shortly after this case was charged by complaint, the Government began producing pre-indictment discovery to defense counsel with the party's understanding that this proposed order would be submitted to the Court following indictment, if necessary. The proposed order is attached to this filing, and the parties request that the Court enter the order.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney

                    By:    /s/_____
                          Kaiya Arroyo
                          Assistant United States Attorney
                          (212) 637-2226

cc:    Elizabeth Quinn
       *counsel for the defendant*