

ECF
The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. Defendant shall file any pretrial motions by January 26, 2026, the Government shall file its response by February 23, 2026, and Defendant shall file his reply by March 9, 2026. The status conference scheduled for October 21, 2025 is adjourned to April 22, 2026 at 2:30 p.m. in Courtroom 520 of the White Plains Courthouse and converted to an oral argument hearing on the pretrial motion(s). The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 46).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 10, 2025

**Re:** *United States v. Edward Mezger*, **25 CR. 298 (PMH)**

Dear Judge Halpern,

     In advance of the next conference in the above-referenced matter, currently scheduled for Tuesday, October 21, 2025, at 11:00 a.m., the Government writes respectfully on behalf of the parties to update the Court on the status of the case, request a pretrial motion schedule, and seek an adjournment of the upcoming conference through the date of any hearing on the motions.

     As the Court is aware, during the initial conference in this matter on July 17, 2025, the Government notified the Court that the parties were in plea discussions and requested an adjournment to transmit a written plea offer and provide the defendant with the balance of Rule 16 discovery.  Since the last conference, the Government completed its Rule 16 discovery productions, and defense counsel recently notified the Government that the defendant was rejecting the plea offer that the Government had extended.

     In view of these developments, the parties now propose that the Court Order a briefing schedule for pretrial motions, as follows:

     Defendant Opening Brief:    **January 26, 2026**

     Government Opposition:    **February 23, 2026**

     Defendant Reply:    **March 9, 2026**

     The Government also contacted the Court's deputy regarding a hearing on the motions, if necessary, and understands that the Court is available on the following date:

     Hearing (if necessary):    **April 22, 2026, at 2:30 p.m.**

  The parties propose this schedule in part based on their anticipation that Government counsel will be engaged in trials before the Honorable Nelson S. Román and the Honorable Valerie Caproni, scheduled to begin on October 20, 2025 and January 5, 2026 and are expected to last approximately two and four weeks, respectively. Defense counsel does not oppose this proposed schedule.

  Finally, the parties jointly request an adjournment of the upcoming status conference through April 22, 2026, or the date set by the court for a hearing on the motions. The Government also requests an exclusion of time pursuant to the Speedy Trial Act to allow the parties to continue to review discovery and prepare pretrial motions. The Government also submits that the interests of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A). Defense counsel does not oppose this request.

          Very truly yours,

          JAY CLAYTON
          Acting United States Attorney

     By: _____
          Kaiya Arroyo
          Assistant United States Attorney
          (212) 637-2226