

Application granted. The evidentiary hearing on Defendant's motion to suppress is adjourned from May 20-21, 2026 to July 1-2, 2026 at 9:30 a.m. in Courtroom 520. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 56).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
    May 4, 2026

**BY ECF**

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *United States v. Edward Mezger*, **25 Cr. 298 (PMH)**

Dear Judge Halpern,

The Government respectfully writes to request an adjournment of the evidentiary hearing in the above-referenced matter, which is currently scheduled for May 20-21, 2026. Defense counsel does not oppose this request. The Government understands that the Court and all parties are available on July 1 and 2, 2026, and proposes an adjournment to those dates.

The Government also requests an exclusion of time pursuant to the Speedy Trial Act to allow the parties to prepare for the hearing and for the parties to produce relevant Jencks Act materials and materials pursuant to Federal Rule of Criminal Procedure 26.2. The Government also submits that the interests of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A). Defense counsel does not oppose this request.

Very truly yours,

JAY CLAYTON
United States Attorney

By:    Kaiya Arroyo, Justin Brooke
Assistant United States Attorneys
(212) 637-2226 / (914) 993-1918

Cc:    Elizabeth Quinn
Michael Arthus
*Counsel for the defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EDWARD MEZGER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

25 Cr. 298 (PMH)

       Upon the application of the United States of America, by and through Jay Clayton, United States Attorney, Kaiya Arroyo and Justin Brooke, of counsel, and without objection from EDWARD MEZGER, by and through Elizabeth Quinn, Esq. and Michael Arthus, esq., it is hereby ORDERED that the evidentiary hearing currently scheduled for May 20, 2026, and May 21, 2026, is adjourned to July 1, 2026 and July 2, 2026.

       It is FURTHER ORDERED that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties sufficient time to prepare for the evidentiary hearing and to produce relevant Jencks Act materials and materials pursuant to Federal Rule of Criminal Procedure 26.2. Accordingly, it is further ORDERED that the time between May 21, 2026, and July 2, 2026, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: White Plains, New York
     May __ 2026

                    _____
                    PHILIP M. HALPERN
                    UNITED STATES DISTRICT JUDGE