UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

EDWARD MEZGER, :

Defendant. :

----------------------------------------------------------x

**ORDER**

7:25-cr-298 (PMH)

For the reasons stated on the record during the August 4, 2026 hearing, Defendant's release conditions are modified such that: (1) he is permitted to travel to the Northern District of New York from August 14-16, 2026 to visit his mother and sister: (2) prior to Defendant's travel, Pretrial Services shall install GPS tracking technology for Defendant and such GPS tracking technology may be removed upon his return to the Southern District of New York: and (3) from August 14-16, 2026 while Defendant is in the Northern District of New York, he is subject to home detention at his mother's residence. All other conditions of release remain in place. On August 17, 2026, Pretrial Services and defense counsel shall write to the Court, and copy the Government, confirming that Defendant has returned to the Southern District of New York and his compliance with this Order.

The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 68).

**SO ORDERED:**

Dated: White Plains, New York
August 5, 2026

Philip M. Halpern
United States District Judge