Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 77).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 8, 2026

**BY ECF**

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re: *United States v. Edward Mezger*, 25 Cr. 298 (PMH)**

Dear Judge Halpern,

The Government writes to request a brief adjournment of its deadline to provide Rule 16(a)(1)(G) expert disclosures from October 8, 2026, to October 15, 2026, in the above-captioned matter.

On or about September 30, 2026, the Court set a trial date for December 9, 2026, and ordered the Government to provide its expert disclosures by October 8, 2026. (Dkt. 76). Over the last week, the Government has worked diligently to contact and prepare notices for seven experts that may need to be called at trial.[1] However, the Government needs additional time to prepare the necessary materials. On or about October 5, 2026, the Government conferred with defense counsel and provided them with a list of its expert witnesses and the subject matter of their testimony. Defense counsel stated that it does not oppose this request.

Very truly yours,

JAMIE MCDONALD
United States Attorney

By: Kaiya Arroyo, Justin Brooke
Assistant United States Attorneys
(212) 637-2226 / (914) 993-1918

Cc: Elizabeth Quinn, Michael Arthus
*Counsel for the defendant*

[1] Pursuant to the Court's oral order on or about September 30, 2026, the Government will confer with defense counsel to determine whether the parties can agree on stipulations that would obviate the need for one or more of these witnesses.