**U.S. Department of Justice**

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 79).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 30, 2026

**VIA ECF AND EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

**Re: *United States v. Edward Mezger*, No. 25 Cr. 298 (PMH)**

Dear Judge Halpern:

The Government writes on behalf of the parties to respectfully request that the November 5, 2026, deadline for various pretrial filings (including motions in limine, joint proposed voir dire, requests to charge, verdict sheet, and defendant's objections to the Government's case-in-chief exhibits) be extended by one week, to November 12, 2026, and for the parties' oppositions to motions in limine to be extended to November 19, 2026. (*See* Dkt. 76.) The parties are currently engaged in discussions towards a resolution, and an extension of these deadlines is necessary to facilitate those discussions. The parties thank the Court for its consideration of this request and are available at the Court's convenience.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/
Kaiya Arroyo
Justin L. Brooke
Assistant United States Attorneys
(212) 637-2226 / -2319

CC: Elizabeth K. Quinn, Esq. (via ECF and email)
Michael Arthus, Esq. (via ECF and email)