UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD MEZGER,<br><br>Defendant. | **SCHEDULING ORDER**<br><br>7:25-cr-298 (PMH) |

A Change of Plea Hearing is scheduled for November 12, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
November 6, 2026

Philip M. Halpern
United States District Judge